

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2015

No. 04-15-00772-CV

**IN RE** R. Wayne **JOHNSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

On December 7, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 14, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 12,810, styled *R. Wayne Johnson v. Elroy Garcia and James Allison*, in the 216th Judicial District Court, Gillespie County, Texas, the Honorable N. Keith Williams presiding.